UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ENRIQUE PASPUEL, | |
| and | |
| JULIO PASPUEL, | 2:14 CV 910 - EJF |
| PLAINTIFFS, | |
| v. | REQUEST FOR ENTRY OF DEFAULT |
| PRO STAR TRUCKING, LLC. | |
| DEFENDANT. | |

Comes now Enrique Paspuel and Julio Paspuel, Plaintiffs, and hereby request the Clerk to enter a default against the Defendant, Pro Star Trucking LLC, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  May 12, 2015
        Mamaroneck, NY 10543

                        Respectfully Submitted,

                        Law Offices of Joshua Friedman

                         By: /s/  Rebecca Houlding_____
                              Rebecca Houlding
                        1050 Seven Oaks Lane
                        Mamaroneck, NY 10549
                        Tel (212) 308-4338 x 5
                        Fax (866) 731-5553
                        rebecca@joshuafriedmanesq.com

                        Strindberg & Scholnick, LLC

                         By: ____/s/ Kass Harstad_____
                                Kass Harstad, Esq.

1

675 East 2100 South, Suite 350  
Salt Lake City, UT 84106  
801.359.4169 (tel)  
801.359.4313 (fax)  
kass@utahjobjustice.com

**CERTIFICATE OF SERVICE**

      I, Rebecca Houlding, certify that on this 12th day of May, 2015, I served the instant Request for Entry of Default, Declaration in Support of Request for Entry of Default, and proposed Entry of Default, on Defendant, Pro Star Trucking, LLC, by placing an exact copy of same in an envelope and mailing by U.S. Mail, First Class, to Defendant Pro Star Trucking, LLC, 1545 South 4800 West, Salt Lake City, UT 84104, and by sending an exact copy of same by Federal Express, to Defendant Pro Star Trucking, LLC, 1545 South 4800 West, Salt Lake City, UT 84104, tracking number 7735 7710 5828.

                                                          _____/s/ Rebecca Houlding_____
                                                          Rebecca Houlding