UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ENRIQUE PASPUEL, <br><br> and <br><br> JULIO PASPUEL, <br><br>     PLAINTIFFS, <br><br> v. <br><br> PRO STAR TRUCKING, LLC. <br><br>     DEFENDANT. | 2:14 CV 910 - EJF <br><br> DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT |

I, Rebecca Houlding, declare under penalty of perjury of the laws of the United States, pursuant to 28 USC 1746, that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Plaintiffs, Enrique Paspuel and Julio Paspuel, in this action.
2. A complaint was filed herein on December 15, 2014 (dkt ent. 2) and service of process was had on the Defendant on March 31, 2015 (see dkt. Ent. 9).
3. More than twenty one (21) days have elapsed since the defendant in this action served, and the Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

_____
Rebecca Houlding, Attorney for Plaintiffs