UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ENRIQUE PASPUEL, <br><br> and <br><br> JULIO PASPUEL, <br><br>     PLAINTIFFS, <br><br> v. <br><br> PRO STAR TRUCKING, LLC. <br><br>     DEFENDANT. | **2:14 CV 910 - EJF** <br><br> **ENTRY OF DEFAULT** |

    It appearing that the complaint was filed in this case on December 16, 2014; that the summons and complaint were duly served upon the defendant, Pro Star Trucking LLC on March 31, 2015, and no answer or other pleading has been filed by said defendant as required by law;

    Therefore, upon request of the plaintiffs, default is hereby entered against the defendant, Pro Star Trucking, LLC, as provided in Rule 55(a), Federal Rules of Civil Procedure.

                                            D. Mark Jones, CLERK


                                            By _____
                                                      Deputy Clerk