UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ENRIQUE PASPUEL, | |
| and | |
| JULIO PASPUEL, | 2:14 CV 910 - TC |
| PLAINTIFFS, | |
| | MOTION FOR JUDGMENT OF DEFAULT AND REQUEST FOR INQUEST ON DAMAGES PURSUANT TO FRCP 55(b)(2) |
| v. | |
| PRO STAR TRUCKING, LLC. | |
| DEFENDANT. | |

    Plaintiffs, Enrique Paspuel and Julio Paspuel, by and through their undersigned counsel, move for a default judgment against Defendant, Pro Star Trucking LLC, as to liability. In support of this motion, Plaintiffs refer to and incorporate the Complaint in this matter, docket entry 2, the Summons, returned executed, docket entry 9, Plaintiffs' Motion for Entry of Default, and supporting documents, docket entry 10, the Clerk's Entry of Certificate of Default, docket entry 11, and the attached Proposed Order form of default judgment.

    Plaintiffs further move this Court pursuant to FCP 55(b)(2) for an inquest as to damages, attorneys' fees and costs, in connection with the default entry against Pro Star Trucking LLC.

Dated: June 26, 2015
       Mamaroneck, NY 10543

                                        Respectfully Submitted,

                                        Law Offices of Joshua Friedman

                                       By: /s/  Rebecca Houlding
                                             Rebecca Houlding
                                          1050 Seven Oaks Lane

Mamaroneck, NY 10549
Tel (212) 308-4338 x 5
Fax (866) 731-5553
rebecca@joshuafriedmanesq.com

Strindberg & Scholnick, LLC

By: \_\_\_\_/s/ Kass Harstad_____
     Kass Harstad, Esq.
675 East 2100 South, Suite 350
Salt Lake City, UT 84106
801.359.4169 (tel)
801.359.4313 (fax)
kass@utahjobjustice.com

## **CERTIFICATE OF SERVICE**

    I, Rebecca Houlding, certify that on this 26th day of June, 2015, I served the instant Motion for Default Judgment on Defendant, Pro Star Trucking, LLC, and Proposed Order, by placing an exact copy of same in an envelope and mailing by U.S. Mail, First Class, to Defendant Pro Star Trucking, LLC, 1545 South 4800 West, Salt Lake City, UT 84104, and by sending an exact copy of same by Federal Express, to Defendant Pro Star Trucking, LLC, 1545 South 4800 West, Salt Lake City, UT 84104, tracking number 773924364977.

                                                               _____/s/ Rebecca Houlding_____
                                                               Rebecca Houlding