IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ENRIQUE PASPUEL and JULIO PASPUEL,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>PRO STAR TRUCKING, LLC,<br><br>　　　Defendant. | DEFAULT JUDGMENT<br><br>Case No. 2:14-cv-00910-TC |

　　　Based on the record before the court, including the Entry of Default (ECF No. 11); Plaintiffs' Motions for Default Judgment (ECF Nos. 14, 16); Memorandum in Further Support of Plaintiffs' Proposed Judgment (ECF No. 20); and a Motion for Attorney Fees and Costs (ECF No. 22) the court finds as follows:

　　　Defendant Pro Star Trucking, LLC, has failed to appear, plead, or otherwise defend in this action. Default was entered on May 12, 2015. And counsel for Plaintiffs Enrique Paspuel and Julio Paspuel has requested judgment against the defaulted Defendant. The Plaintiffs have filed a proper motion with supporting declarations in accordance with Rule 55(a) and (b) of the Federal Rules of Civil Procedure. The Plaintiffs are the prevailing party and the attorney fees are reasonable.

The court enters judgment in favor of Plaintiffs Enrique Paspuel and Julio Paspuel and against Defendant Pro Star Trucking as follows:

> As to Enrique Paspuel, compensatory damages in the amount of $500,000;
>
> As to Enrique Paspuel, lost wages in the amount of $200,351;
>
> As to Enrique Paspuel, punitive damages in the amount of $100,000;
>
> As to Julio Paspuel, compensatory damages in the amount of $500,000;
>
> As to Julio Paspuel, lost wages in the amount of $22,314; and
>
> As to Julio Paspuel, punitive damages in the amount of $100,000.

The court also awards Plaintiffs $26,895.00 for attorney fees and $5,444.00 for costs.

DATED this 21st day of March 2016.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
U.S. District Court Judge